# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OSCAR DIAZ LANDA,<br><br>　　　　Defendant.<br>_____/ | **NEW CASE NO. 1:18-mc-00022-BAM**<br><br>ORDER ASSIGNING CASE<br>RE PRESIDING JUDGE<br><br>Old Case No.1:18-mc-00022-DAD-BAM |

IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Judge BARBARA A. MCAULIFFE as Presiding Judge. The parties filed their consents under Title 28 U.S.C. § 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment. *See* Doc Nos. 13, 19.

All future pleadings shall reflect the new case number as follows:

**1:18-mc-00022-BAM**

IT IS SO ORDERED.

Dated: __**March 25, 2019**__ 　　　　　　　_Dale A. Drozd_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1