IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR DIAZ LANDA,<br><br>Defendant and Judgment Debtor. | CASE NO. 1:18-MC-00022-BAM<br><br>**ORDER RE STIPULATION FOR FINAL GARNISHMENT ORDER**<br><br>(Doc. No. 11) |
| BRIGHTHOUSE LIFE INSURANCE,<br>(and its Successors and Assignees),<br><br>Garnishee. | |

Pending before the Court is the Stipulation re Final Garnishment Order filed by Plaintiff United States of America and Defendant Oscar Diaz Landa on February 1, 2019. (Doc. No. 11.) In accordance with the parties' stipulation and 28 U.S.C. § 3205(c)(7), and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. The parties' stipulation for a garnishment order is approved;

2. Garnishee Brighthouse Life Insurance Company ("Brighthouse"), is directed to liquidate and pay to the Clerk of Court the full contract value of Defendant's IRA Indexed Annuity Account Number ****9994 MICC. Counsel for the United States is directed to serve a copy of this order on Brighthouse. Within fifteen (15) days after being served with this order, Brighthouse shall make the payment described herein;

1

3. Brighthouse shall make the payment described in paragraph 2 above by cashier's check or money order payable to the "Clerk of the Court." Brighthouse shall deliver or mail payment to the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814. Brighthouse shall state the case name and number (U.S. v. Landa, Case No.: 1:15-cr-00233) on the payment instrument and, if it desires a receipt, shall include a self-addressed, stamped envelope with its payment;

4. This writ of garnishment shall terminate and the Clerk of Court shall close this case upon receipt and posting of Brighthouse's payment described in paragraph 2 above;

5. Defendant Oscar Diaz Landa shall pay the United States a $7,500 litigation surcharge. The United States may recover the $7,500.00 litigation surcharge after Defendant Oscar Diaz Landa satisfies his judgment in the case denominated as United States v. Oscar Diaz Landa, et al., Case No. 1:15-cr-00233-DAD (Doc. No. 150) in full; and

6. The Court retains jurisdiction to resolve matters through ancillary proceedings in the case, if necessary.

IT IS SO ORDERED.

Dated: **March 29, 2019**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE